UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY WARE and DIANE T. WARE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No.  4:23-cv-00300-AGF |
| ) | |
| WIND TRANSPORT SOLUTIONS, ) | |
| INC., SB TRANSPORT, INC., and ) | |
| JOSE FRANCISCO RAMIREZ' ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiffs Timothy and Diane Ware's motion to compel discovery (ECF No. 79), amended motion to compel discovery (ECF No. 81), and supplemental motion to compel and expedite discovery (ECF No. 92).  Defendants Wind Transport Solutions, Inc. ("Wind") and SB Transport, Inc. ("SB") filed a combined response to the motion and the amended motion (ECF No. 83), and Plaintiffs filed their reply (ECF No. 84).  Plaintiffs requested oral argument on the motion and amended motion, which the Court heard on February 13, 2025.  ECF No. 95.  On February 11, 2025, Plaintiffs filed the supplemental motion (ECF No. 92), and on February 13, 2025, Defendants filed its response (ECF No. 84).  This matter is now fully briefed and ripe for disposition.

For the reasons more fully stated at the February 13, 2025, hearing, Plaintiffs' motions will be granted in part and denied in part.  Wind and SB are ordered to provide to Plaintiffs, in a manner to be agreed upon by the parties, a copy of any lease agreement

between Wind and SB, any documentation of the termination of the lease, and any information or documents explaining the insurance coverage of the vehicle at issue during the years 2019 and 2020.  Except as granted herein, the motion to compel and the amended motion to compel will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' motion to compel (ECF No. 79) and amended motion to compel (ECF No. 81) are **GRANTED in part** and **DENIED in part**.

**IT IS FURTHER ORDERED** that Plaintiffs' supplemental motion to compel (ECF No. 92) is **DENIED**, except that the discovery deadline is extended to permit timely responses by Defendants Wind and SB.

**IT IS FURTHER ORDERED** that the parties shall file no later than **February 21, 2025**, a joint status report memorializing the parties' agreement related to further discovery as discussed at the February 13 hearing.  Once the status report is filed, the Court will extend the discovery deadline consistent with the parties' status report.

Dated this 14th day of February, 2025.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE